Ar-
gued September 18, 1973. *Irwin Lee Gross*, with him
*Nissenbaum, Gross and Rudolph*, for appellant; *Louis
A. Perez, Jr.*, Assistant District Attorney, with him
*James T. Ranney* and *Milton M. Stein*, Assistant Dis-
trict Attorneys, and *Arlen Specter*, District Attorney,
for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.

## Commonwealth *v.* Carter, Appellant.

Argued December 10,
1973. *Rudolph S. Pallastrone*, for appellant; *John
Isom*, Assistant District Attorney, with him *James T.
Ranney* and *David Richman*, Assistant District Attor-
neys, and *Arlen Specter*, District Attorney, for Com-
monwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.

## Commonwealth *v.* Carter, Appellant.

Submitted December 3, 1973.
*William F. Ochs, Jr.*, for appellant; *Grant E. Wesner*,